## United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501–3819

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM MOTION TO DISMISS CHAPTER 13 [11 U.S.C. § 1307]

**DEBTOR INFORMATION:**
Gregory L. Patterson

**BANKRUPTCY NO.** 6:18–bk–17630–WJ

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any): xxx–xx–8917
Employer Tax–Identification (EIN) No(s).(if any): N/A
**Debtor Dismissal Date:** 7/22/19

**Address:**
12820 Quail Nest Road
Apple Valley, CA 92308

Pursuant to the court's findings and conclusions at the hearing on the motion to dismiss in this case,
IT IS ORDERED THAT:

(1) debtor's bankruptcy case is dismissed; and

(2) the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: July 22, 2019

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

Form van153–od13d Rev. 06/2017

**37 – 35 / YG1**